FILED
KENNETH J. MURPHY
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2002 SEP 25 PM 3: 14

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-3-02-089 |
| | : | WALTER HERBERT RICE |
| v. | : | |
| BRIAN J. VERNON | : | **INFORMATION** |
| | : | 18 U.S.C. § 2422(b) |
| | : | 18 U.S.C. § 2423(b) |

-------------------------------------------------

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about June 16, 2002, in the Southern District of Ohio and elsewhere, the defendant, **BRIAN J. VERNON**, did knowingly and intentionally, travel in interstate commerce from the State of Texas, to the State of Ohio, for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under eighteen years of age, and that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States,

All in violation of Title 18, United States Code, Section 2423(b).



## COUNT 2

Beginning on or about June 10, 2002, in the Southern District of Ohio and elsewhere, the defendant, **BRIAN J. VERNON**, did knowingly and intentionally, by means of a facility of interstate commerce, to wit, America On Line, an internet provider, attempt to persuade, induce, entice, and coerce a person under eighteen years of age to engage in an unlawful sexual act for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).


GREGORY G. LOCKHART
UNITED STATES ATTORNEY


*[signature]*
J. RICHARD CHEMA
Chief, Criminal Division